UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| MELVIN LEE MADPLUME, JR., | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CV 23-53-M-DWM |
| vs. | |
| LAKE COUNTY, | |
| Respondent. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of July 17, 2023 (Doc. 8), this action is DISMISSED.

Dated this 25th day of August, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk